**James KLINKNER, Appellant,**

v.

**The PITTSBURGH & WEST VIRGINIA RAILWAY COMPANY.**

No. 13878.

United States Court of Appeals
Third Circuit.

Argued April 5, 1962.

Decided May 3, 1962.

Michael J. Pugliese, Pittsburgh, Pa. (Louis C. Glasso, Pittsburgh, Pa., on the brief), for appellant.

Judd N. Poffinberger, Jr., Pittsburgh, Pa. (C. M. Grimstad, Kirkpatrick, Pomeroy, Lockhart & Johnson, Pittsburgh, Pa., on the brief), for appellee.

Before BIGGS, Chief Judge, GOODRICH, Circuit Judge, and SHERIDAN, District Judge.

PER CURIAM.

This case was tried to the court. A judgment was entered in favor of the plaintiff-appellant but the total amount of damages awarded him was diminished by 40% by reason of his contributory negligence. It is from this reduction that he has appealed. We can perceive no error in what the trial court did. The diminution finds adequate support in the evidence of the contributory negligence of the appellant. Federal Employers' Liability Act, 45 U.S.C.A. § 53. Accordingly the judgment will be affirmed.

**Toney Campos MEJIA, Petitioner,**

v.

**UNITED STATES of America, Respondent.**

Misc. No. 1357.

United States Court of Appeals
Ninth Circuit.

Dec. 19, 1961.

William A. MacLaughlin, Los Angeles, Cal., and Gerald M. Doppelt, San Francisco, Cal., for petitioner.

Francis C. Whelan, U. S. Atty., Thomas R. Sheridan, Asst. U. S. Atty., Chief, Criminal Division, and Edward M. Medvene, Asst. U. S. Atty., Los Angeles, Cal., for respondent.

Before POPE, HAMLEY and KOELSCH, Circuit Judges.

PER CURIAM.

Counsel who successfully prosecuted the appeal in Mejia v. United States, 9 Cir., 291 F.2d 198, has made application to this court for leave to file a petition for a writ of mandamus on behalf of said Mejia and has filed an affidavit in support of that application setting forth the reasons and grounds which it is proposed to be set forth in such a petition. Upon suggestion of this court the United States has filed a memorandum in opposition to the petitioner's application.

The matter presented by the motion of the petitioner for leave to file such petition was set down for hearing and argued before the court by counsel for petitioner and by counsel on behalf of the United States Attorney representing the United States. Upon consideration of the application it is ordered that leave to file such petition for writ of mandamus be and the same is hereby denied.